IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| RABIA AHMAD, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 15-1052-GMS ) |
| CONNECTIONS CSP, INC., | ) ) ) |
| Defendant. | ) |

**MEMORANDUM**

1. **Introduction**. The plaintiff Rabia Ahmad ("Ahmad"), filed this employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*. (D.I. 2) Ahmad proceeds *pro se* and has paid the filing fee. Ahmad requests counsel on the grounds that she is having a difficult time finding an attorney to assist in the process. (D.I. 10.)

2. **Request for Counsel**. Pursuant to 28 U.S.C. § 1915(e)(1), the court may request an attorney to represent any personal unable to afford counsel. Section 1915(e)(1) confers the district court with the power to request that counsel represent a litigant who is proceeding *in forma pauperis*. Ahmad paid the filing and has not sought *in forma pauperis* status. Hence, Ahmad does not qualify for counsel under § 1915. Therefore, the court will deny the request. (D.I. 10.)

3. **Motion for Extension of Time**. Ahmad seeks an extension of the scheduling order deadlines. (D.I. 8, 11.) At this juncture, it does not appear that extensions are necessary. Therefore, the motion will be denied without prejudice to renew.

RECEIVED
MAY 18 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4. **Conclusion**. For the above reasons, the court will deny the request for counsel and will deny the motion for continuance without prejudice to renew. (D.I. 10, 11.) An appropriate order will be entered.

_____
UNITED STATES DISTRICT JUDGE

May 16, 2017
Wilmington, Delaware